C. A. D. C. Cir. [Certiorari granted, *ante*, p. 962.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

FEBRUARY 21, 2012

No. 10–7515.  PINEDA-MORENO *v.* UNITED STATES.  C. A. 9th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Jones, ante,* p. 400.

No. 10–8097.  GAGNON *v.* UNITED STATES.  C. A. 1st Cir.  Reported below: 621 F. 3d 30;
No. 10–8532.  DITOMASSO *v.* UNITED STATES.  C. A. 1st Cir.  Reported below: 621 F. 3d 17;
No. 10–9385.  CURRY *v.* UNITED STATES.  C. A. 8th Cir.  Reported below: 627 F. 3d 312;
No. 10–10721.  FULLER *v.* UNITED STATES.  C. A. 2d Cir.  Reported below: 627 F. 3d 499;
No. 11–6241.  MEFFORD *v.* UNITED STATES.  C. A. 8th Cir.  Reported below: 417 Fed. Appx. 586; and
No. 11–6500.  LUCAS *v.* UNITED STATES.  C. A. 8th Cir.  Reported below: 419 Fed. Appx. 690.  Motions of petitioners for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Reynolds* v. *United States, ante,* p. 432.

No. 11–93.  CUEVAS-PEREZ *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Jones, ante,* p. 400.

No. 11–7605.  OPARAJI *v.* NE AUTO-MARINE TERMINAL ET AL.  C. A. 3d Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.

No. 11–7632.  TATE *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.; and TATE *v.* DAVIS ET AL.  C. A.